**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **KBI 2015 TX LP** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **aka Kitchen 101** |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 3  2 – 0  4  6  6  3  2  9 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **316 Las Colinas Blvd. W**<br>Number   Street<br>**#100** | **PO Box 140069**<br>Number   Street<br><br>P.O. Box |
| **Irving**   **TX**   **75039**<br>City   State   ZIP Code | **Irving**   **TX**   **75014-0069**<br>City   State   ZIP Code |
| **Dallas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City   State   ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website (URL)** | |
| **6.** | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☑ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Case 25-42973   Doc 1   Filed 10/03/25   Entered 10/03/25 15:34:36   Desc Main
Document   Page 2 of 21

Debtor __KBI 2015 TX LP_____          Case number (if known) _____

**7.** **Describe debtor's business**          *A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**          *Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                                    MM / DD / YYYY
          District _____  When _____  Case number _____
                                                    MM / DD / YYYY
          District _____  When _____  Case number _____
                                                    MM / DD / YYYY

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor   **KBI 2015 TX LP**                                         Case number (if known) _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
                                          MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
                                          MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                            Number        Street

_____

_____   _____   _____
City                       State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and adminstrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor  **KBI 2015 TX LP** _____     Case number (if known) _____

| 14. | Estimated number of creditors | | | | |
|---|---|---|---|---|---|
| | | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | | | |
|---|---|---|---|---|
| | | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | | | |
|---|---|---|---|---|
| | | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | |
|---|---|---|
| | | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/03/2025** _____
  MM / DD / YYYY

X  **/s/ Kim Barton Forsythe** _____
  Signature of authorized representative of debtor

  **Kim Barton Forsythe** _____
  Printed name

  **President of the General Partner** _____
  Title

| 18. | Signature of attorney | |
|---|---|---|

X  **/s/ Howard Marc Spector** _____    Date  **10/03/2025** _____
  Signature of attorney for debtor                            MM / DD / YYYY

**Howard Marc Spector** _____
Printed name

**Spector & Cox, PLLC** _____
Firm name

**12770 Coit Rd** _____
Number          Street

**Suite 850** _____

**Dallas** _____    **TX** _____    **75251** _____
City                                                        State          ZIP Code

**(214) 365-5377** _____    **hspector@spectorcox.com** _____
Contact phone                                Email address

**00785023** _____    **TX** _____
Bar number                        State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **KBI 2015 TX LP** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GEORGE MCKENNA ELECTRICAL CONTRACTORS, L 8020 Industrial Village Rd Greensboro, NC 27409 | | Construction | | | | $217,026.01 |
| 2 | CFGMS 180 Maiden Lane 15th Floor New York, NY 10038 | | MCA | | | | $149,904.00 |
| 3 | Wynwood Capital 20200 W Dixie Hwy Suite 608 Miami, FL 33180 | | MCA | | | | $105,504.16 |
| 4 | Fenix Funding 34 S Broadway Suite 714 White Plains, NY 10601 | | MCA | | | | $80,230.00 |
| 5 | Fox Funding 803 21st Ave Hollywood, FL 33020 | | MCA | | | | $78,888.00 |

Debtor  **KBI 2015 TX LP**  _____   Case number (if known) _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6 | M&S Supply<br>PO Box 171014<br>Arlington, TX 76003 | | Construction | | | | $75,187.40 |
| 7 | Carpentry Associates<br>941 Avenue N<br>Suite B<br>Grand Prairie, TX 75050 | | Construction | | | | $73,319.79 |
| 8 | CMC<br>2700 Research Dr<br>Suite 100<br>Plano, TX 75074 | | Construction | | | | $63,765.46 |
| 9 | Sumitomo Mitsui Finance & Leasing Co LTD<br>666 Third Avenue<br>New York, NY 10017 | | Equipment lease | | | | $44,826.10 |
| 10 | Midland States Bank<br>Midland Equipment Finance<br>PO Box 24245<br>Seattle, WA 98124 | | Equipment lease | | | | $44,605.27 |
| 11 | TXU Energy<br>Attn: Legal<br>6555 Sierra Drive<br>Irving, TX 75039 | | Electricity | | | | $41,978.91 |
| 12 | KOSEL AC AND HEATING INC<br>300 Brushy Creek Rd.<br>Ste. 304<br>Cedar Park, TX 78613 | | HVAC | | | | $40,893.09 |
| 13 | Dext Capital<br>5500 Meadows Rd<br>Suite 300<br>Lake Oswego, OR 97035 | | Equipment lease | | | | $39,027.84 |

Debtor   **KBI 2015 TX LP** _____   Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Flagstar Financial & Leasing, LLC 102 Duffy Avenue Hicksville, NY 11801 | | Equipment lease | | | | $37,403.30 |
| 15 | Regions Bank d/b/a Ascentium Capital 23970 Hwy 59 N Kingwood, TX 77339 | | Equipment lease | | | | $36,611.04 |
| 16 | First Citizen's Bank d/b/a Quail Financial Solutions 10201 Centurion Pkwy, Suite 100 Jacksonville, FL 32256 | | Equipment lease | | | | $32,320.00 |
| 17 | Gemini PO Box 550188 Dallas, TX 75355 | | Construction | | | | $30,168.56 |
| 18 | Stash D. Woodard Glenn, P.C. 6301 Gaston Avenue Suite 1214 Dallas, TX 75214 | | Construction- address is legal counsel obtained | | | | $27,504.00 |
| 19 | QUELL PROTECTION SERVICES LLC PO Box 51002 Newark, NJ 07101 | | Security | | | | $26,447.75 |
| 20 | M2 Equipment Finance 20800 Swenson Dr. Suite 475 Waukesha, WI 53186 | | Equipment lease | | | | $25,266.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name    **KBI 2015 TX LP**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/03/2025**       **X /s/ Kim Barton Forsythe** _____
      MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                     **Kim Barton Forsythe** _____
                                     Printed name

                                     **President of the General Partner** _____
                                     Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **KBI 2015 TX LP**                                          CASE NO

                                                                      CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/3/2025                              Signature  **/s/ Kim Barton Forsythe**
                                                        ***Kim Barton Forsythe***
                                                        ***President of the General Partner***

Date _____            Signature  _____

909 EVENTS INC
PO Box 140069
Irving, TX 75014-0069

Ace Door & Hardware
1601 W Irving Blvd
Irving, TX 75061

ACE MART RESTAURANT SUPPLY CO., INC.
PO Box 974297
Dallas, TX 75397

ALL STAR MANAGEMENT SERVICES LLC
4020 N MacArthur Blvd
Suite 122
Unit 291
Irving, TX 75038

ALLEN BROTHERS TEXAS
PO Box 736648
Dallas, TX 75373

American Express
Three World Financial
200 Vesey St.
New York, NY 10281

Ameris Bank DBA Balboa capital
c/o Padfield & Stout, LLP
100 Throckmorton St
Suite 700
Fort Worth, TX 76102

Amur
1256 Main Street
Suite 263
Southlake, TX 76092

ARK Group of Irving, Inc.
19401 Old Jetton Rd
Cornelius, NC 28031

Bank of America
PO Box 672050
Dallas, TX 75267


BELL NUNNALLY & MARTIN LP
2323 Ross Ave
STE 1900
Dallas, TX 75201


BROADCAST MUSIC, INC.
7 World Trade Center
250 Greenwich Street
30th Floor
New York, NY 10007

Brookfield Properties
Brookfield Place
250 Vesey Street, 15th Floor
New York, NY 10281-0221


BUCKHEAD MEAT OF DALLAS
Dept 55
PO Box 670445
Houston, TX 77267


C T CORPORATION SYSTEM, AS REPRESENTATIV
330 N Brand Blvd, Suite 700; Attn: SPRS
Glendale, CA 91203



Capitol One
PO Box 30285
Salt Lake City, UT 84130



Carpentry Associates
941 Avenue N
Suite B
Grand Prairie, TX 75050


CFGMS
180 Maiden Lane
15th Floor
New York, NY 10038

Channel Partners Capital LLC
10900 Wayzata Blvd
Suite 300
Minnetonka, MN 55305


Chase
PO Box 15298
Wilmington, DE 19850


CHEF WORKS, INC.
File 2438
1801 W Olympic Blvd
Pasadena, CA 91199


CHERYLYN ELZY, RTA
Linebarger Goggan Blair & Sampson, LLP
Parkside Tower
3500 Maple Avenue, Suite 800
Dallas, TX 75219

CINTAS CORPORATION LOC 051
PO Box 630921
Cincinnati, OH 75263


Citi AAdvantage
Box 6500
Sioux Falls, SD  57117


City of Irving
500 Elm Street, Suite 3300
Dallas, TX 75202


CMC
2700 Research Dr
Suite 100
Plano, TX 75074


Connie Boucher
6211 W Northwestt Hwy
Unit 1805
Dallas, TX 75225

```
CORPORATE BUILDING SERVICES INC
11325 Tantor Road
Dallas, TX 75229




CORPORATION SERVICE COMPANY, AS REPRESEN
PO BOX 2576
Springfield, IL 62708




Dallas College
500 Elm Street, Suite 3300
Dallas, TX 75202




Dallas County
500 Elm Street, Suite 3300
Dallas, TX 75202




Dallas County Utility and Reclamation Di
Perdue Brandon Fielder Collins & Mott
1235 North Loop West
Suite 600
Houston, TX 77008

Dext Capital
5500 Meadows Rd
Suite 300
Lake Oswego, OR 97035


Dext Capital
4000 Kruse Way Place
Building 3, Suite 100
Lake Oswego, OR 97035


Digital Resources
2107 Grenbriar Dr
Suite B
Southlake, TX 76092


ECOLAB INSTITUTIONAL
PO Box 70343
Chicago, IL 60673
```

EDWARD DON & COMPANY
2562 Paysphere Circle
Chicago, IL 60674

Edward Don & Company, LLC
3501 Plano Parkway
The Colony, TX 75056

EL CENTRO CONSTRUCTION LLC
PO Box 835615
Richardson, TX 75083

Estate of Richard Wells Forsythe
c/o Kim Forsythe, Executor
235 Cove Drive
Coppell, TX 75019

Fenix Funding
34 S Broadway
Suite 714
White Plains, NY 10601

First Citizen's Bank
d/b/a Quail Financial Solutions
10201 Centurion Pkwy, Suite 100
Jacksonville, FL 32256

First Commonwealth Bank
Attn: Bank Finance & Control
PO Box 400
Indiana, PA 15701

First Commonwealth Bank
654 PHILADELPHIA STREET
Indiana, PA 15701

First Commonweath Bank
Attn: Card Services
PO Box 400
Indiana, PA 15701

FISH WINDOW CLEANING
1303 Columbia
#209
Richardson, TX 75081


Flagstar Financial & Leasing, LLC
102 Duffy Avenue
Hicksville, NY 11801


Fox Funding
803 21st Ave
Hollywood, FL 33020


Gemini
PO Box 550188
Dallas, TX 75355


GEORGE MCKENNA ELECTRICAL CONTRACTORS, L
8020 Industrial Village Rd
Greensboro, NC 27409


GLOBAL MUSIC RIGHTS LLC
File 2280
1801 W Olympic Blvd
Pasadena, CA 91199


HTS
3350 Yale Street
Houston, TX 77018


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jack Madeb, Esq
2415 Coney Island Avenue, 2nd Floor
Brooklyn, NY 11223

Jerome Bailey
PO Box 472797
Garland, TX 75047

JOHN R. AMES, DALLAS COUNTY ASSESSOR
Linebarger Goggan Blair & Sampson, LLP
Parkside Tower
3500 Maple Avenue, Suite 800
Dallas, TX 75219

JV JANITORIAL SERVICES LLC
PO Box 451822
Garland, TX 75045

Kim Forsythe
PO Box 140069
Irving, TX 75014-0069

KITCHEN101
PO Box 140069
Irving, TX 75014-0069

KLH 909 LP
PO Box 140069
Irving, TX 75014-0069

KOSEL AC AND HEATING INC
300 Brushy Creek Rd.
Ste. 304
Cedar Park, TX 78613


Lawless Spirits & Kitchen
PO Box 140069
Irving, TX 75014-0069


Leaf Capital Funding
Leaf Commercial Capital, Inc.
2005 Market Street
14th Floor
Philadelphia, PA 19103

M&S Supply
PO Box 171014
Arlington, TX 76003


M2 Equipment Finance
20800 Swenson Dr.
Suite 475
Waukesha, WI 53186


Midland States Bank
Midland Equipment Finance
PO Box 24245
Seattle, WA 98124


Midland States Bank
Midland Equipment Finance
1801 Park 270 Drive
Suite 200
St. Louis, MO 63146

Modernfold
Door & Specialties of Dallas/Fort Worth
1501 Fairway Dr
#100
Lewisville, TX 75057

MR GREENS
C2C Resources
Lincoln Parkway
Suite 500
Atlanta, GA 30346

North Mill Equipment Finance
601 Merritt 7
#5
Norwalk, CT 06851


OPEN TABLE, INC.
29109 Network Place
Chicago, IL 60673


Parkland Hospital
500 Elm Street, Suite 3300
Dallas, TX 75202


PERFORMANCE FOODSERVICE DALLAS
5401 E First St
Fort Worth, TX 76103


QUELL PROTECTION SERVICES LLC
PO Box 51002
Newark, NJ 07101


RAYLEIGH UNDERGROUND
PO Box 140069
Irving, TX 75014-0069


Regions Bank d/b/a Ascentium Capital
23970 Hwy 59 N
Kingwood, TX 77339


RESTAURANT EXPERT MANAGEMENT, INC.
PO Box 140069
Irving, TX 75014-0069


Sambuca 360
PO Box 140069
Irving, TX 75014-0069

Sambuca Houston, L.P.
PO Box 140069
Irving, TX 75014-0069

Sambuca Jazz Cafe
PO Box 140069
Irving, TX 75014-0069

Sambuca Nashville
222 Las Colinas Blvd. W.
Irving, TX 75039

SESAC, INC.
PO Box 737457
Dallas, TX 75373

SIGNATURE BUSINESS LEASING LLC
225 BROAD HOLLOW RD SUITE 132 W
Melville, NY 11747

SIMPLEVIEW WORLDWIDE INC
8950 N Oracle Rd
Tucson, AZ 85704

SL 7200 GP INC
PO Box 140069
Irving, TX 75014-0069

SL 7200 LP
PO Box 140069
Irving, TX 75014-0069

Small Business Administration
Dallas Fort Worth District Office
4300 Amon Carter Blvd., Suite 114
Fort Worth, TX 76155


Small Business Administration
Covid EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155


SPENCER FANE
PO Box 872037
Kansas City, MO 64187


Stash
D. Woodard Glenn, P.C.
6301 Gaston Avenue
Suite 1214
Dallas, TX 75214

Sumitomo Mitsui Finance & Leasing Co LTD
666 Third Avenue
New York, NY 10017


Sysco
Greenberg, Grant and Richards
5858 Westheimer Rd
Suite 500
Houston, TX 77057

Sysco Corporation Corporate Headquarters
1390 Enclave Pkwy
Houston, TX 77077


Tech Finance Co., LLC
a/k/a TFC
7077 East Marilyn Road
Suite 125
Scottsdale, AZ 85254

THE CHEF'S WAREHOUSE MIDWEST LLC
26576 Network Place
Chicago, IL 60673

```
Truist Bank
PO Box 400
Wilson, NC 27894



TSA
1017 Long Prairie Rd
Suite 201
Flower Mound, TX 75022


TXU Energy
Attn: Legal
6555 Sierra Drive
Irving, TX 75039


UNITED REFRIGERATION INC
2840 Virgo Lane
Dallas, TX 75229



United States Attorney's Office
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204



United States Trustee's Office
110 North College Avenue, Suite 300
Tyler, Texas 75702-7231



URBAN PUBLISHERS INC
3411 Richmond Ave
Suite 600
Houston, TX 77046


VERIZON
PO Box 660108
Dallas, TX 75266



Wynwood Capital
20200 W Dixie Hwy
Suite 608
Miami, FL 33180
```