# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
KBI 2015 TX LP                                        Case No. 25-42973 btr
PO Box 140069                                         Chapter: 11
Irving , TX 75014-0069
EIN: 32-0466329
Debtor

### ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

**TO THE DEBTOR, ITS CREDITORS, AND OTHER PARTIES IN INTEREST:**

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by **KBI 2015 TX LP** on **May 1, 2026.**

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN, THAT:**

1. The hearing to consider the approval of the Disclosure Statement shall be held at:
   Plano - U. S. Bankruptcy Court
   660 N. Central Expressway, Third Floor
   Plano, Texas 75074.
   on - **Tuesday, June 23, 2026** at **09:30 am**

2. **Tuesday, June 16, 2026** is fixed as the last day for filing and serving in accordance with Federal Rules of Bankruptcy Procedure 3017(a) written objections to the Disclosure Statement.

3. The Debtor shall serve a copy of this Order upon all required parties as listed in Fed. R. Bankr. P. 2002(b).

4. In addition, within **15** days after entry of this order, the Debtor shall serve the Disclosure Statement and Plan <u>ONLY</u> to the Debtor, Trustee, any appointed committee and it's counsel, the Securities and Exchange Commission, and to all parties who have filed a Notice of Appearance with the Court in accordance with Fed. R. Bankr. P. 3017(a).

5. Requests for copies of the Disclosure Statement and Plan shall be directed to:

   **Howard Marc Spector**
   **12770 Coit Rd**
   **Suite 850**
   **Dallas TX 75251**

Signed on 5/4/2026

_Brenda T. Rhoades_                    KC

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE