UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | CASE NO: 25-42973 |
| KBI 2015 TX LP | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 5/5/2026, I did cause a copy of the following documents, described below,

MOTION OF DEBTOR FOR ENTRY OF AN ORDER EXTENDING THE EXCLUSIVE PERIOD DURING WHICH ONLY THE DEBTOR MAY SOLICIT ACCEPTANCES OF CHAPTER 11 PLAN

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/5/2026

/s/ Howard Marc Spector
Howard Marc Spector  785023

Spector & Cox, PLLC
12770 Coit Rd, Ste 850
Dallas, TX 75251
214-365-5377
ahawkins@spectorcox.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

KBI 2015 TX LP

CASE NO: 25-42973

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 5/5/2026, a copy of the following documents, described below,

MOTION OF DEBTOR FOR ENTRY OF AN ORDER EXTENDING THE EXCLUSIVE PERIOD DURING WHICH ONLY THE DEBTOR MAY SOLICIT ACCEPTANCES OF CHAPTER 11 PLAN

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/5/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Rd, Ste 850
Dallas, TX  75251

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

DALLAS COUNTY UTILITY AND
RECLAMATION DISTRICT
C/O ELIZABETH BANDA CALVO
500 E. BORDER STREET, SUITE 640
ARLINGTON, TEXAS 76010

FENIX FUNDING
34 S BROADWAY
SUITE 714
WHITE PLAINS, NY 10601

WYNWOOD CAPITAL
20200 W DIXIE HWY
SUITE 608
MIAMI, FL 33180

CFGMS
180 MAIDEN LANE
15TH FLOOR
NEW YORK, NY 10038

CARPENTRY ASSOCIATES
941 AVENUE N
SUITE B
GRAND PRAIRIE, TX 75050

MIDLAND STATES BANK
MIDLAND EQUIPMENT FINANCE
PO BOX 24245
SEATTLE, WA 98124

KOSEL AC AND HEATING INC
300 BRUSHY CREEK RD.
STE. 304
CEDAR PARK, TX 78613

FLAGSTAR FINANCIAL & LEASING, LLC
102 DU□Y AVENUE
HICKSVILLE, NY 11801

GEMINI
PO BOX 550188
DALLAS, TX 75355

M2 EQUIPMENT FINANCE
20800 SWENSON DR.
SUITE 475
WAUKESHA, WI 53186

OFFICE OF THE U.S. TRUSTEE
110 N. COLLEGE AVE.
SUITE 300
TYLER, TX 75702

FIRST COMMONWEALTH BANK
654 PHILADELPHIA STREET
INDIANA, PA 15701

SYSCO CORPORATION CORPORATE
HEADQUARTERS
1390 ENCLAVE PKWY
HOUSTON, TX 77077

FOX FUNDING
803 21ST AVE
HOLLYWOOD, FL 33020

M&S SUPPLY
PO BOX 171014
ARLINGTON, TX 76003

SUMITOMO MITSUI FINANCE &
LEASING CO LTD
666 THIRD AVENUE
NEW YORK, NY 10017

TXU ENERGY
ATTN: LEGAL
6555 SIERRA DRIVE
IRVING, TX 75039

DEXT CAPITAL
4000 KRUSE WAY PLACE
BUILDING 3, SUITE 100
LAKE OSWEGO, OR 97035

FIRST CITIZEN'S BANK
D/B/A QUAIL FINANCIAL SOLUTIONS
10201 CENTURION PKWY, SUITE 100
JACKSONVILLE, FL 32256

QUELL PROTECTION SERVICES
LLC
PO BOX 51002
NEWARK, NJ 07101

KBI 2015 TX LP
PO BOX 140069
IRVING, TX 75014-0069

FIRST COMMONWEALTH BANK
ATTN: BANK FINANCE & CONTROL
PO BOX 400
INDIANA, PA 15701

SYSCO
GREENBERG, GRANT AND RICHARDS
5858 WESTHEIMER RD
SUITE 500
HOUSTON, TX 77057

JACK MADEB, ESQ
2415 CONEY ISLAND AVENUE, 2ND
FLOOR
BROOKLYN, NY 11223

GEORGE MCKENNA ELECTRICAL
CONTRACTORS, L
8020 INDUSTRIAL VILLAGE RD
GREENSBORO, NC 27409

CMC
2700 RESEARCH DR
SUITE 100
PLANO, TX 75074

MIDLAND STATES BANK
MIDLAND EQUIPMENT FINANCE
1801 PARK 270 DRIVE
SUITE 200
ST. LOUIS, MO 63146

DEXT CAPITAL
5500 MEADOWS RD
SUITE 300
LAKE OSWEGO, OR 97035

REGIONS BANK D/B/A ASCENTIUM
CAPITAL
23970 HWY 59 N
KINGWOOD, TX 77339

STASH
D. WOODARD GLENN, P.C.
6301 GASTON AVENUE
SUITE 1214
DALLAS, TX 75214

CITY OF IRVING
500 ELM STREET, SUITE 3300
DALLAS, TX 75202

DALLAS COUNTY
500 ELM STREET, SUITE 3300
DALLAS, TX 75202

PARKLAND HOSPITAL
500 ELM STREET, SUITE 3300
DALLAS, TX 75202

PADFIELD & STOUT, L.L.P.
100 THROCKMORTON STREET,
SUITE 700
FORT WORTH, TEXAS 76102

DAVID M. CLEM
BLANK ROME LLP
200 CRESCENT COURT, SUITE 1000
DALLAS, TEXAS 75201

KRISTEN N. PATE
BROOKFIELD PROPERTIES RETAIL INC.,
AS AGENT
350 N. ORLEANS STREET, SUITE 300
CHICAGO, IL 60654-1607

IVAN ESCOBAR
PADFIELD & STOUT, L.L.P.
100 THROCKMORTON STREET,
SUITE 700
FORT WORTH, TEXAS 76102

CHERYLYN ELZY, RTA
PARKSIDE TOWER
3500 MAPLE AVENUE, SUITE 800
DALLAS, TX 75219

DALLAS COLLEGE
500 ELM STREET, SUITE 3300
DALLAS, TX 75202

JOHN R. AMES, DALLAS COUNTY
ASSESSOR
PARKSIDE TOWER
3500 MAPLE AVENUE, SUITE 800
DALLAS, TX 75219

JOHN K. TURNER
3500 MAPLE AVENUE SUITE 800
DALLAS, TX 75219

SHANNA M. KAMINSKI
KAMINSKI LAW, PLLC
P.O. BOX 247
GRASS LAKE, MICHIGAN 49240

WILSON FRIERY PLLC
708 MAIN STREET, 10TH FLOOR
HOUSTON, TEXAS 77002

MUSIC FACTORY PORTFOLIO, LP
C/O IVAN GOLD
THREE EMBARCADERO CENTER,
12TH FLOOR
SAN FRANCISCO, CA 94111

C T CORPORATION SYSTEM, AS
REPRESENTATIV
330 N BRAND BLVD, SUITE 700; ATTN:
SPRS
GLENDALE, CA 91203

CORPORATION SERVICE
COMPANY, AS REPRESEN
PO BOX 2576
SPRINGFIELD, IL 62708

EDWARD DON & COMPANY, LLC
3501 PLANO PARKWAY
THE COLONY, TX 75056

SIGNATURE BUSINESS LEASING LLC
225 BROAD HOLLOW RD
SUITE 132 W
MELVILLE, NY 11747

KELSEY N. LINENDOLL
PADFIELD & STOUT, L.L.P.
100 THROCKMORTON STREET,
SUITE 700
FORT WORTH, TEXAS 76102

JORDAN L. WILLIAMS
BLANK ROME LLP
1201 N. MARKET STREET, SUITE 800
WILMINGTON, DELAWARE 19801

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 BRYAN STREET, SUITE 1800
DALLAS, TEXAS 75201