**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **KBI 2015 TX LP** | § | **CASE NO. 25-42973** |
| | § | |
| **DEBTOR.** | § | |

**ORDER EXTENDING THE EXCLUSIVE PERIOD DURING
WHICH ONLY THE DEBTOR MAY SOLICIT  ACCEPTANCES
OF CHAPTER 11 PLAN**

Upon the motion (the "**Motion**")[1] of KBI 2015 TX, LP debtor and debtor-in-possession

(the "**Debtor**") for entry of an order (this "**Order**") extending the Exclusive Solicitation Period

by 91 days through and including August 17, 2026; and this Court having jurisdiction to consider

the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and venue of this Chapter 11 Case and the

Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter

being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper

and adequate notice of the Motion and the relief requested therein has been provided in

accordance with the Bankruptcy Rules and the local rules, and that, except as otherwise ordered

herein, no other or further notice is necessary; and objections (if any) to the Motion having been

withdrawn, resolved or overruled on the merits; and upon the record of the hearing and all of the

proceedings had before this Court; and this Court having found and determined that the relief set

forth in this Order is in the best interests of the Debtor and its estate; and that the legal and

factual bases set forth in the Motion establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

---

[1] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation

Period is hereby extended by 91 days through and including August 17, 2026.

3.      The Debtor is authorized and empowered to execute and deliver such documents,

and to take and perform all actions necessary to implement and effectuate the relief granted in this

Order.

4.      This Court shall retain jurisdiction with respect to any matters, claims, rights or

disputes arising from or related to the Motion or the implementation of this Order.

Signed on 6/17/2026

_Brenda T. Rhoades_   KC
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE